IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
SEP 2 4 2018
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-146-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| STEPHEN MICHAEL MILLER, | |
| Defendant. | |

Pursuant to the Defendant's Motion to Change Plea (Doc. 25),

IT IS HEREBY ORDERED that the trial in this matter set for Monday, October 1, 2018 at 9:00 a.m. is **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

Dated this 24th day of September, 2018.

SUSAN P. WATTERS
United States District Court Judge

1