COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-146-BLG-SPW |
|---|---|
| Plaintiff, | SUPERSEDING INFORMATION |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE |
| STEPHEN MICHAEL MILLER, | Title 21 U.S.C. § 846 |
| Defendant. | (Penalty: 20 years imprisonment, $1,000,000 fine, and three years supervised release) |

THE UNITED STATES ATTORNEY CHARGES:

That beginning on or about January 2014, and continuing until on or about August 21, 2015, at Miles City, in the State and District of Montana and elsewhere, the defendant, STEPHEN MICHAEL MILLER, knowingly and unlawfully conspired and agreed with other persons, known and unknown to the Grand Jury,

1

to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

DATED this 27th day of September, 2018.

KURT G. ALME
United States Attorney

*/s/ signature*

COLIN M. RUBICH
Assistant U.S. Attorney

*For: signature*

KURT G. ALME
United States Attorney

*/s/ signature*

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney